**B1 (Official Form 1) (4/10)**

<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court</strong><br><strong>Southern District of New York</strong></td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Starr Investment Advisors, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-4701147** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**C/O Aurora Cassirer, Receiver**<br>**405 Lexington Avenue**<br>**New York, NY**                ZIPCODE **10174** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

<table>
<tr>
<td><strong>Type of Debtor</strong><br>(Form of Organization)<br>(Check <strong>one</strong> box.)<br><br>☐ Individual (includes Joint Debtors)<br><em>See Exhibit D on page 2 of this form.</em><br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____</td>
<td><strong>Nature of Business</strong><br>(Check <strong>one</strong> box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br><strong>Tax-Exempt Entity</strong><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).</td>
<td><strong>Chapter of Bankruptcy Code Under Which the Petition is Filed</strong> (Check <strong>one</strong> box.)<br><br>☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>               Nonmain Proceeding<br><br><strong>Nature of Debts</strong><br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.      business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."</td>
</tr>
</table>

<table>
<tr>
<td><strong>Filing Fee</strong> (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.</td>
<td><strong>Chapter 11 Debtors</strong><br><strong>Check one box:</strong><br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><strong>Check if:</strong><br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (<em>amount subject to adjustment on 4/01/13 and every three years thereafter</em>).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><strong>Check all applicable boxes:</strong><br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

<table>
<tr>
<td><strong>Statistical/Administrative Information</strong><br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.</td>
<td>THIS SPACE IS FOR COURT USE ONLY</td>
</tr>
</table>

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Starr Investment Advisors, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: **None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **See Schedule Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)                        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor -- Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Starr Investment Advisors, LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** ..............................................................<br>    Signature of Debtor<br>**X** ..............................................................<br>    Signature of Joint Debtor<br>..............................................................<br>    Telephone Number (if not represented by attorney)<br>..............................................................<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** ..............................................................<br>    Signature of Foreign Representative<br>..............................................................<br>    Printed Name of Foreign Representative<br>..............................................................<br>    Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| **X** /s/ Lee W. Stremba<br>    Signature of Attorney for    Receiver<br><br>**Troutman Sanders LLP**<br>**The Chrysler Building 405 Lexington Ave**<br>**New York, NY 10174**<br>**(212) 704-6000 Fax: (212) 704-6288**<br><br><br>**February 17, 2011**<br>    Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>.......................................................................<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>.......................................................................<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>.......................................................................<br>Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Aurora Cassirer<br>    Signature of Authorized Individual<br>**Aurora Cassirer**<br>    Printed Name of Authorized Individual<br>**Receiver**<br>    Title of Authorized Individual<br>**February 17, 2011**<br>    Date | **X** .......................................................................<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>.......................................................................<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor:

**Name of Debtor: Kenneth Ira Starr**
**Case Number: 11-10219**
**Date Filed: 1/21/2011**
**District: Southern District Of New York**
**Relationship: Affiliate**
**Judge: Allan L. Gropper**

**Name of Debtor: Starr & Company LLC**
**Case Number: 11-10637**
**Date Filed: 2/17/2011**
**District: Southern District Of New York**
**Relationship: Affiliate**
**Judge:**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                          Case No. _____

<u>Starr Investment Advisors, LLC</u>                          Chapter **7** _____
                      Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 22,285.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 3,125,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 10 | $ 22,285.16 | $ 3,125,000.00 | |

**IN RE** Starr Investment Advisors, LLC                    Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Starr Investment Advisors, LLC** _____  Case No. _____
                          Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** <br> **Wachovia (Receivership Account)** | | 1,795.70 <br> 20,489.46 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Starr Investment Advisors, LLC** _____    Case No. _____
                                    Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Bills rendered to clients; collection uncertain** | | **unknown** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Action against Kenneth Starr for breach of fiduciary duty** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**IN RE** Starr Investment Advisors, LLC      Case No. _____
            Debtor(s)                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **22,285.16** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**IN RE** Starr Investment Advisors, LLC      Case No. _____
               Debtor(s)                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE **Starr Investment Advisors, LLC** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**IN RE Starr Investment Advisors, LLC** _____ Case No. _____

Debtor(s) (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Starr Investment Advisors, LLC** _____  Case No. _____
      Debtor(s)                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America**<br>**C/O Levi Lubarsky & Feigenbaum LLP**<br>**1185 Avenue Of The Americas, 17th Floor**<br>**New York, NY 10036** | | | | | | | **500,000.00** |
| ACCOUNT NO.<br>**Estate Of Joan Stanton** | X | | | | | | **1,050,000.00** |
| ACCOUNT NO.<br>**JAS Ventures, LP** | X | | | | | | **1,575,000.00** |
| ACCOUNT NO. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) $ **3,125,000.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,125,000.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Starr Investment Advisors, LLC** _____ Case No. _____
 Debtor(s)  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Starr Investment Advisors, LLC** _____ Case No. _____
         Debtor(s)                                                                           (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kenneth Starr** | **Estate Of Joan Stanton** |
| | **JAS Ventures, LP** |
| **KISCO CPA, LP** | **Estate Of Joan Stanton** |
| | **JAS Ventures, LP** |
| **Starr & Company, LLC**<br>**C/O Aurora Cassirer 405 Lexington Avenue**<br>**New York, NY 10174** | **Estate Of Joan Stanton** |
| | **JAS Ventures, LP** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Starr Investment Advisors, LLC</u>         Case No. _____

                     Debtor(s)                                                               (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                                    Debtor

Date: _____     Signature: _____

                                                            (Joint Debtor, if any)

                                                 [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Receiver** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Starr Investment Advisors, LLC** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>**11**</u> sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 17, 2011** _____     Signature: ***/s/ Aurora Cassirer*** _____

                                    **Aurora Cassirer**

                                                      (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                          Case No. _____

Starr Investment Advisors, LLC _____      Chapter **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **February 17, 2011** _____      Signature: **_/s/ Aurora Cassirer_**

                                                  **Aurora Cassirer, Receiver** Debtor


Date: _____      Signature: _____
Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Bank Of America
C/O Levi Lubarsky & Feigenbaum LLP
1185 Avenue Of The Americas, 17th Floor
New York, NY  10036

Adrian Tubbs
630 Stanley Avenue, #5H
Brooklyn, NY  11207


Affinity Commercial Services
159 East Country Line Road
Hatboro, PA  19040


Alisha M. Matthew
1279 East 87th St.
Brooklyn, NY  11236


ALTEL Systems, Inc.
601 N. Main Street
Brewster, NY  10509


Amalgamated Financial Group
P.O. Box 1006    105 White Oak Lane
Old Bridge, NJ  08857-1006


Ann Marie Roubal
58-41 81st Street
Middle Village, NY  11379


Anne F. Pemberton
251 W. 87th St., #35
New York, NY  10024


Antonietta Pizza
149 Withers Street
Brooklyn, NY  11211


Arlene Graff
14 Elsinore Drive
Hainesport, NJ  08036

Arnold Hermann
39 Howard Park Dr.
Tenafly, NJ  07670-2937


AT&T
P.O. Box 105068
Atlanta, GA  30348-5068


AT&T Mobility
P.O. Box 6463
Carol Stream, IL  60197-6463


Audrey Wallach
700 Cynthia Drive
East Meadow, NY  11554


Avaya Financial Services
P.O. Box 550599
Jacksonville, FL  32255-0599


Bank Of America
C/O Levi Lubarsky & Feigenbaum LLP
1185 Avenue Of The Americas, 17th Floor
New York, NY  10036


Barbara Hasselman
290 Collins Avenue,  Apt. 7A
Mt. Vernon, NY  10552


BNA Tax Management
9435 Key West Avenue
Rockville, MD  20850


Brian Wasser
7 Wilton Circle
New City, NY  10956

Catherine Hughes
19 Orchid Street
Floral Park, NY  11001


CCH
P.O. Box 5729
Carol Stream, IL  60197-5729


Chartis Property Casualty Co.
C/O Gwertzman Lefkowitz Burman Smith & M
80 Broad Street
New York, NY  10004


Ching M. Lam
141-34 78th Ave., #3B
Kew Gardens Hills, NY  11367


Christine Cheng
138-38 Elder Avenue, 1st Floor
Flushing, NY  11355


Christine Murphy
12 Lenox Street
Edison, NJ  08817


CIT Technology Financing Services, Inc.
C/O Weltman, Weinberg & Reis Co., LPA
175 S. Third St. Ste. 900
Columbus, OH  43215


Clement Ballas
250 E. 31st Street, Apt. 3A
New York, NY  10016

CMC Interactive
75 Broad Stree, 30th Floor
New York, NY  10004


Conrado T. Villegas
5 Anchorage Road
Port Washington, NY  11050


Corporation Service Company
2711 Centerville Road
Wilmington, DE  19808


Cristina M. Franzese
300 East 40th Street, Apt. 20F
New York, NY  10016


CT
111 Eighth Avenue
New York, NY  10011


D&D Refuse
P.O. Box 604
Greens Farms, CT  06838


Damion Walker
1129 E. 83rd Street, 2nd Floor
Brooklyn, NY  11236


David F. Giraldo
140-16 34th Avenue, #315
Flushing, NY  11354


Dhebaria Jalpa
8 Peru Street
Edison, NJ  08820

Dolores Vucci
125 Tall Oak Cresct.
Oyster Bay, NY  11791


Donna Jacobson
42 Garibaldi Avenue
Staten Island, NY  10306


Donna Krivinskas
25101 Peachtree Dr.
Lawrenceville, NJ  08648


Donna Rae P. Mussig
1066A DeKalb Avenue
Brooklyn, NY  11221


Eileen Morrisohn
14 Sneden Place West
Spring Valley, NY  10977


Elaine Lok
285 York Street
Jersey City, NJ  07302


Elena Nord-Levin
330 West 45th Street
New York, NY  10036


Elizabeth Tavares
94-19 Linden Blvd.
Ozone Park, NY  11417


Eric Loewenson
44 Shawnee Way
Morganville, NJ  07751

Evelyn Pons
61-34 Linden Street
Ridgewood, NY  11385


FactSet Research Systems
P.O. Box 414756
Boston, MA  02241-4756


FactSet Research Systems
C/O Robinson & Cole LLP
280 Trumbell Street
Hartford, CT  06103


Gerald Spencer
20 W. Mosholu Pky SO, 19C
Bronx, NY  10468


Ghanshyam Gosalia
74 Periwinkle Road
Levitown, NY  11756


GRM Information Management Services
215 Coles Street
Jersey City, NJ  07310


Health Net Insurance Of NY, Inc.
P.O. Box 31965
Hartford, CT  06150-1965


Heather Winters
370 East 69th Street, Apt. 3J
New York, NY  10021


Hien Trail
152-24 Roosevelt Avenue
Flushing, NY  11354

Holly Fiorino
3236 Layfayette Avenue
Bronx, NY  10465


Hope McNatt
2 Fordham Hill Oval Apt. 12A
Bronx, NY  10468


Ilona Tsitouras
149 East 37th Street, Apt. 1A
New York, NY  10016


Internal Revenue Service
P.O. Box 12192
Covington, KY  41012-0192


Irene Vucci
200 Winston Drive
Cliffside, NJ  07010


IWC Media Services Inc.
44-01 21st Street
Long Island City, NY  11101


James Kim
686A Broad Avenue
Ridgefield, NJ  07657


Jamie Krone
44 Hitching Post Lane
Glen Cove, NY  13542


Jason Gomez
1215 East 66th Street
Brooklyn, NY  11234

Jennifer Nadeau
395 3rd St., 2R
Jersey City, NJ  07302


John Phelan
26 Ridge Street
Hastings On Hudson, NY  10707


Jon Rosario
8301 20th Avenue
Brooklyn, NY  11214


Julia Balan
120 Mt. Pleasant Avenue, Apt. E4
West Orange, NJ  07052


Julius Mitchell
148 Rogers Avenue, #3A
Brooklyn, NY  11216


Kelly Q. Igoe
1625 Penn Avenue
Scranton, PA  18509


Khotrianna Thomas
1955 First Avenue #721
New York, NY  10029


Kyle Alexander
8517 Avenue N
Brooklyn, NY  11236


Laura B. Sarett
121 Driggs Ave., #1R
Brooklyn, NY  11222

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA  19170-7090


Lindsey Power
45-15 43rd Avenue
Sunnyside, NY  11104


Lynda A. Teaman
230 East 89th Street
New York, NY  10128


Maige Becerra
330 E. 100th Street, #2A
New York, NY  10029


Maria Franzese
300 E. 40th Street, Apt. 11B
New York, NY  10016


Mariano Brothers  Specialty Moving
5 Paul Street
Bethel, CT  06801


Marisa Starr C/O Phyllis Recine, Esq.
1100 Franklin Avenue, Suite 202
Garden City, NY  11530


Marissa Interrante
773 Carroll Street, Apt. 1A
Brooklyn, NY  11215


Marlon Dunbar
39 Flagstone Hill Road
Wantage, NJ  07461

```
Martin A. Rambousek
1102 Galilee Rd.
Damascus, PA  18415


Marzena Grezejka
47 Jewel Street
Brooklyn, NY  11222


Melody F. Easton
4817 42nd Street, Apt. #1B
Sunnyside, NY  11104


MetLife Plan Services
P.O. Box 70299
Chicago, IL  60673-0299


Michael Canter
163-44 25th Avenue
Whitestone, NY  11357


Michael Dooley
341 Thrift Street
Ronkonkoma, NY  11779


Michael Mann
1 Stern Drive
Post Jefferson, NY  11777


Michael W. Cardillo
20 Prince Charming Road
Nesconset, NY  11767


Michalina Sondej-Gryglewski
69-21 60th Road
Maspeth, NY  11378
```

Mona Lisa Simmons
691 Winthrop Street
Brooklyn, NY  11203


Monifa Benison
93 Macon Street
Brooklyn, NY  11216


Natalia J. Wilson
1235 East 95th Street - Unit #101
Brooklyn, NY  11236


Nichole Bruce
6 Horseshoe
Middleton, NY  10940


Niya P. Johnson
35 E. 38th Street, Apt. 5E
New York, NY  10016


NYC Bureau Of Fire Prevention
Church St. Station P.O. Box 840
New York, NY  10008-0840


NYC Finance
345 Adams Street, 5th Floor
Brooklyn, NY  11201-3719


NYSE Group
Box # 4006, P.O. Box 8500
Philadelphia, PA  19178-4006


Patricia Wright
330 E. 19th Street, #7H
Brooklyn, NY  11226

```
Patricia Zaladonis
50 Old Chimney Road
Upper Saddle River, NJ  07458


Paul O'Donnell
212 Madison Street 141A
Hoboken, NJ  07030


Peter M. Lev
44 Nottingham Raod
Manhasset Hills, NY  11040


Pier Angell Grant
7400 River Road, Unit 4437
N. Bergen, NJ  07047


Quench USA
P.O. Box 644006
Cincinnati, OH  45264-4006


RICOH Americas Corporation
P.O. Box 4245
Carol Stream, IL  60197


Robert McKinney
27 West 71st Street, #2B
New York, NY  10023


Ronald Starr
300 E. 74th Street, #34F
New York, NY  10021


Roseann Ragano
164-32 92nd Street
Howard Beach, NY  11414
```

```
Ryan D. Mueller
200 W. 108th Street
New York, NY  10025


Sanford A. Miller
21 Dobbs Terr,
Scarsdale, NY  10583


Sanya Cowan
216 Lexington Avenue, Apt. 42
Brooklyn, NY  11216


Sarah C. Lott
2937 Bouck Avenue
Bronx, NY  10469


Sarah Gordon
1858 60th Street
Brooklyn, NY  11204


Stacey Salgado
17A Defoe PLace
Bronx, NY  10475


Staples
P.O. Box 689020
Des Moines, IA  50368-9020


Stempl Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY  10017-5704


Sunny Cheung
57 Benson Street
Staten Island, NY  10312
```

Susana Perez
50-36 245th Street
Douglaston, NY  11362


Susie Kim
1 University Road
Great Neck, NY  11020


Tatiana Mirville
538 East 21 St, #B9
Brooklyn, NY  11226


The Hartford
P.O. Box 2907
Hartford, CT  06104-2907


Thomas Brignati
226 Clay Pitts Road
E. Northport, NY  11731


Venus Rodriguez
1742 Hobart Avenue, 1st Fl.
Bronx, NY  10461


Vergie Canegitta
108-48 Flatlands Avenue, Apt. 27E
Brooklyn, NY  11236


Verizon
P.O. Box 15124
Albany, NY  12212-5124


Victoria Nikol
87-70 95th Street
Woodhaven, NY  11421

Virginia Molloy
263 Hewes Street
Brooklyn, NY  11211


Wall Street Mail Pick-Up
36-24 38th Street
Long Island City, NY  11101-1622


Yuris F. Garcia
611 West 171st Street, #53B
Bronx, NY  10032


Zurich -Specialties Disability Operation
P.O. Box 9102
Plainview, NY  11803-9002

22 Lincoln Place Holdings
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

305-307 West 11th Street LLC
c/o Storch Amini & Munves PC
Attn: Bijan Amini
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY  10017

311 West 11th Street LLC
c/o Storch Amini & Munves PC
Attn: Bijan Amini
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY  10017

Alexis D B Tobin Trust U/A DTD 07/01/84
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Alfred Mann DDS
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Kathryn Altman
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Amberson Holdings, LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

American Prepared Campaign, Inc.
c/o WTAS LLC

Attn: Dan DePaoli, CPA
452 Fifth Avenue
23rd Floor
New York, NY  10018

AMW Consulting Ltd.
c/o Crowe & Dunlevy
Attn: Cynda C. Ottaway, Esq.
20 North Broadway
Suite 1800
Oklahoma City, OK  73102

Amy Lumet Trust
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Jacob Arabov
c/o Brafman & Associates, P.C.
Attn: Andrea Zellan, Esq.
767 Third Avenue
26th Floor
New York, NY  10017

Alexander Arkin
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Zander Arkin
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Neda Armain
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Joseph Armstrong
11 West 81st Street

Apt. 9A
New York, NY  10024-6021

Artful Learning, Inc.
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Article Fifth Trust Richard Avedon, F/B/A John Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Article Seventh Trust F/B/O Caroline Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Article Seventh Trust F/B/O Michael Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Evelyn Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

John Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Laura Avedon
c/o James D. Miller & Associates

Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Richard Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Christopher Barish
c/o Martini Park
853 Broadway
Suite 606
New York, NY  10003

Bartiromo, Maria & Steinberg, Jonathan
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Pamela Bass
73 Henry Street
San Francisco, CA  94114

Christopher Bean
c/o MacGuffin Films Limited
411 Lafayette Street
New York, NY  10003

Kevan Bean
239 Center Street
4th Floor
New York, NY  10003

Bean Enterprises, Inc.
239 Center Street
4th Floor
New York, NY  10003

Bedrock
c/o Troutman Sanders
Attn: Brett Goodman

The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Robert Benton
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Jeffrey Berg
c/o Marks Paneth & Shron LLP
Attn: Daniel Kesner, CPA
622 Third Avenue
New York, NY  10017

Candice Bergen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Alexander Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Elizabeth Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Jamie Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Leonard Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Bernstein Holdings, LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Barbara Biben
175 E. 62nd St.
Apt 16B
New York, NY  10065

Norberto Bilgoraj
c/o Neal Gerber Eisenberg
Attn: Michel Z. Gurland, Esq.
Two North LaSalle Street
Chicago, IL  60602

BioReference Laboratories, Inc.
481 Edward Ross Drive
Elmwood Park, NJ  07407

Blaam Partners
c/o Troutman Sanders
Attn: Brett Goodman
The Chrysler Building
406 Lexington Avenue
New York, NY  10175

Blacap Partners
c/o Troutman Sanders
Attn: Brett Goodman
The Chrysler Building
407 Lexington Avenue
New York, NY  10176

Blackcom Investments
c/o Cravath, Swaine & Moore LLP
Attn: Stephen S. Madsen, Esq.
Worldwide Plaza 825
Eighth Avenue
New York, NY  10019

David Blaine
354 Broadway
Suite B
New York, NY  10013

Blare Partners
c/o Troutman Sanders
Attn: Brett Goodman
The Chrysler Building
408 Lexington Avenue
New York, NY  10177

Ms. Elizabeth Blass
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Mr. & Mrs. Michael Boatman
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Lorraine Boyle, Executor of the Estate of Peter Boyle
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Ron Bozman
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Bright Lights, Big City (McInerney, Jay)
c/o ICM
Attn: Amanda Urban
825 Eighth Avenue
New York, NY  10019

Brill 1997 Family Trust
c/o WTAS LLC
Attn: Dan DePaoli, CPA
452 Fifth Avenue
23rd Floor
New York, NY  10018

Tom Brokaw
941 Park Avenue
Apt. 14C
New York, NY  10028

Adam Brooks & Kerri Kwinter
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Campbell Brown
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Alamdale C. Brown & Dan Senor
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Joel Buchwald
4329 Hawthorne St. NW
Washington, DC  20016

Camilla A. Hrdy Article IV B Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Camilla A. Hrdy Article IV Ctrust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Camilla Alexandra Hrdy  Grantor Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Camilla Davis  Foundation
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Robert Cannavale
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Graydon Carter
c/o ML Management
Attn: Christine Murphy
250 West 57th Street
26th Floor, Penthouse
New York, NY  10107

Catherine B. Hrdy Article IV C Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Catherine Belknap Hrdy Grantor Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Charade Productions, Inc.
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Charing Cross  Music, Inc.
c/o Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
Attn: Steven M. Hayes, Esq.
112 Madison Avenue
New York, NY  10016

Chronicles Trust
c/o Neal Gerber Eisenberg
Attn: Michel Z. Gurland, Esq.

Two North LaSalle Street
Chicago, IL  60602

Citrona Farms LLC
c/o Cravath, Swaine & Moore LLP
Attn: Stephen S. Madsen, Esq.
Worldwide Plaza 825
Eighth Avenue
New York, NY  10019

Clara Limited Partnership Company
c/o Crowe & Dunlevy
Attn: Cynda C. Ottaway, Esq.
20 North Broadway
Suite 1800
Oklahoma City, OK  73102

Ms. Jodi Cobb
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Adrianne Cohen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Barbara Cohen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Eta Cohen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Gary Cohen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Jerry Cohen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Steven Cohen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Mr. & Mrs. George Colman
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Conrock Holdings LLC
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Courchel, Inc.
c/o Weissmann Wolff Bergman
Attn: Eric Weissmann
9665 Wilshire Blvd
9th Floor
Beverly Hills, CA  90212

Daniel Trust
c/o Neal Gerber Eisenberg
Attn: Michel Z. Gurland, Esq.
Two North LaSalle Street
Chicago, IL  60602

Jonathan Demme
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Howard Deutch
c/o Affiliated Financial Service

Attn: Tom Reed
23622 Calabasas Road
Suite 101
Calabasas, CA  91302

DHH Trust
c/o Neal Gerber Eisenberg
Attn: Michel Z. Gurland, Esq.
Two North LaSalle Street
Chicago, IL  60602

Edgar Dobie
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Tracy Dobie
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Phil Donahue
c/o Wasserman Grossman & Sloan
Attn: Howard Grossman
10990 Wilshire Blvd
8th floor
Los Angeles, CA  90024

Diandra Douglas
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Edgar Dobie, Inc.
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Eighty-Twenty, Inc.
c/o Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
Attn: Steven M. Hayes, Esq.

112 Madison Avenue
New York, NY 10016

Mr. & Mrs. Terry Ellis
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY 10022

Emily Media, LLC
c/o WTAS LLC
Attn: Dan DePaoli, CPA
452 Fifth Avenue
23rd Floor
New York, NY 10018

Nora Ephron
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY 10017

Mitch Epstein & Susan Bell
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY 10017

Julius Erving
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY 10022

Harold Evans
447 East 57th Street
New York, NY 10022

Charles Evans Jr.
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY 10017

Jay Faires
c/o Citrin Cooperman & Company, LLP

Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Bran Ferren
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Rae Ferren
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

John & Catherine Finn
c/o Stephen M. Smith & Co.
Attn: Jonathan Gottesman, CPA
509 Madison Avenue
4th Floor
New York, NY  10022

Sheldon Fireman
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

First Tobin Family LLC
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Four Cee Investments LLC
c/o Cravath, Swaine & Moore LLP
Attn: Stephen S. Madsen, Esq.
Worldwide Plaza 825
Eighth Avenue
New York, NY  10019

Stephen & Kay Frankfurt
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA

529 Fifth Avenue
New York, NY  10017

Caralyn & Steven Fuld
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Peter Gallagher
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Judith Gelb
c/o Simpson, Thacher & Bartlett
Attn: Richard I. Beattie, Esq.
425 Lexington Avenue
New York, NY  10017

Les Gelb
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Gerard B. Lambert Foundation
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Donna Gigliotti
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Mary Gilbert
P.J. Barry Altman, Greenfield & Selvaggi, LLP
200 Park Avenue South
8th Floor
New York, NY  10003

Bryan & Nell Goluboff
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Mr. & Mrs. Adam Gopnik
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Walter & Lola Green
PO BOX 9072
Rancho Santa Fe, CA  92067

Marc D. Grodman
481 Edward Ross Drive
Elmwood Park, NJ  07407

Mr. & Mrs. Harris Grossman
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Ms. Lenore Grossman
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Mr. & Mrs. Paul Guilfoyle
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Tom Guiry
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

David Halberstam
27 W 67th Street
New York, NY  10023

G.F. Robert Hanke
875 Fifth Avenue
#17A
New York, NY  10065

Dr. William Haseltine
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

William Haseltine
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Gale Hayman
c/o Sacks Press & Lacher, P.C.
Attn: Gary Press, CPA
600 Third Avenue
18th Floor
New York, NY  10016

Ms. Frances Hayward
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Thomas Healy
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Mitgang Herbert & Shirley
Hasselman CPA, Barbara*
290 Collins Avenue, 7A
Mount Vernon, NY  10552

Heyday Foundation
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Heyday Services Corporation
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Fenita Heyman
c/o Neal Gerber Eisenberg
Attn: Michel Z. Gurland, Esq.
Two North LaSalle Street
Chicago, IL 60602

John Heyman
c/o Neal Gerber Eisenberg
Attn: Michel Z. Gurland, Esq.
Two North LaSalle Street
Chicago, IL 60602

David Hochberg
40 Fifth Avenue
Apt. 12A
New York, NY 10011

Fred Hochberg
c/o O'Melveny & Myers LLP
Attn: Michael Heinrichs
400 South Hope Street
Los Angeles, CA 90071

Charles & Charlotte Hogan
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY 10017

Richard C. Holbrooke
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Ron & Cheryl Howard
c/o Diane Tank
10 Lexington Avenue
Greenwich, CT  06830

Hrd Productions
c/o Affiliated Financial Service
Attn: Tom Reed
23622 Calabasas Road
Suite 101
Calabasas, CA  91302

Camilla Hrdy
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Dr. Daniel B. Hrdy
21440 County Road 87
Winters, CA  95694

Nicholas Hrdy
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Hrdy
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Hrdy Descendants Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Jesse Huot
336 Central Park West
Suite 17A
New York, NY  10025

HW Schiller  Family Foundation
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Ian Maurice Tobin Trust U/A DTD 01/27/86
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

ICW, CIW
c/o Gelfand, Rennert & Feldman LLP
Attn: Cary MacMiller, Esq.
1880 Century Park East
Suite 1600
Los Angeles, CA  90067

Myrna Jacobi
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Tarrant Jan
20 West 64th Street
Apt 25H
New York, NY  10023

J-Beat LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Jenna's Rainbow Foundation
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Jerry L. Cohen & Associates
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA

529 Fifth Avenue
New York, NY  10017

Catherine Joffe
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

David Joffe
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Journalism Online LLC
c/o WTAS LLC
Attn: Dan DePaoli, CPA
452 Fifth Avenue
23rd Floor
New York, NY  10018

Avshalom Kalichstein
PO Box 579
Waitsfield, VT  05673

Joseph Kalichstein
101 Durand Road
Maplewood, NJ  07040

Elinor Klein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Dan Klores
c/o Judd Bernstein PC
Attn: Alexander Levy
1790 Broadway
New York, NY  10019

Joan Konner
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA

529 Fifth Avenue
New York, NY  10017

Ken  (Benjamin V.) Lambert
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Wendy S. Lander
459 Columbus Avenue
PMB #326
New York, NY  10024

Mr. & Mrs. Ken Lane
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Mrs. Harriet Lane
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Matt & Annette Lauer
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

LBS GST LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Lea Productions
c/o Affiliated Financial Service
Attn: Tom Reed
23622 Calabasas Road
Suite 101
Calabasas, CA  91302

Lea Thompson Inc.
c/o Affiliated Financial Service
Attn: Tom Reed
23622 Calabasas Road
Suite 101
Calabasas, CA  91302

Leibovitz Studio, Inc.
c/o Storch Amini & Munves PC
Attn: Bijan Amini
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY  10017

Leonard Bernstein Heirs
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Leonard Bernstein.com, Inc.
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

David Levine
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Dr. Richard & Mrs. Fredda Levitt
445 Grand Bay Drive
Suite 806
Key Biscayne, FL  33149

Robin Lloyd
6215 Kennedy Drive
Chevy Chase, MD  20815

Stacy B. Lloyd
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Thomas Lloyd
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Louis and Bessie Adler Foundation
c/o The Adler Group
Attn: Lou Nappi
654 Madison Avenue
New York, NY 10065

Robin Loyd
6215 Kennedy Drive
Chevy Chase, MD 20815

Luke Peter Schiller Trust
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

LLC Lulius
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY 10016-5537

Amy Lumet
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Sidney Lumet
c/o BCRS Associates, LLC
Attn: Elena S. Nord
100 Wall Street
New York, NY 10005

Denise Lurie
c/o Marks Paneth & Shron LLP
Attn: Daniel Kesner, CPA
622 Third Avenue
New York, NY 10017

M & T Weiner Foundation
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Tracy Mallah
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Mr. & Mrs. William T. Manger
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Don Marron
c/o Lightyear Capital
Attn: Anthony Persico
375 Park Avenue
11th Floor
New York, NY  10152

Kati Marton
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Michael Mayson
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Cormac McCarthy
c/o ICM
Attn: Amanda Urban
825 Eighth Avenue
New York, NY  10019

Kathryn Medina
c/o MB Business Management

Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Nathaniel Medina
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Megillah Fireworks LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Rachel L. Mellon
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Samuel Mendes
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Barbara Mertz
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Nancy Meyers
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Roger Michell
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Mini P
c/o Affiliated Financial Service
Attn: Tom Reed
23622 Calabasas Road
Suite 101
Calabasas, CA 91302

Liza Minnelli
c/o Nigro Karlin Segal & Feldstein LLP
810 Seventh Avenue
Suite 1701
New York, NY 10019

Isaac Mizrahi
c/o TAG Associates, LLC
Attn: David Basner
75 Rockefller Plaza
9th Floor
New York, NY 10019

Drucilla Moore
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Robert S. Moore
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Robert Sean Moore
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Gordon Munro
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY 10156

Liam Neeson
c/o Citrin Cooperman & Company, LLP

Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

William Neeson
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Neopolitan Management Enterprises LLC
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Nicholas H. Hrdy Article IV B Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Nicholas H. Hrdy Article IV C Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Nicholas Hardin  Hrdy Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Ninety-Ten Productions, Inc.
c/o Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
Attn: Steven M. Hayes, Esq.
112 Madison Avenue
New York, NY  10016

James G. Niven
1334 York Avenue
New York, NY  10021

Northern Acquisition Corp.
c/o Citrin Cooperman & Company, LLP

Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Oak Spring Farms, LLC
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Observations
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Oldman, Gary & Edenborough, Alexandra
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Olive Productions LLC
c/o MB Business Management
Attn: Clement Ballas
121 West 27th Street
Suite 1104
New York, NY  10001

Tatum O'Neal
c/o Charles Harker
1150 Foothill Blvd.
Suite D
La Canada, CA  91011

Mo Ostin
c/o Balter, Miller, King & Frazin, LLP
16550 Ventura Blvd.
Suite 318
Encino, CA  91436

Otterness, Tom & Fitzgibbon, Colleen
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA

529 Fifth Avenue
New York, NY  10017


Pacific Music Festival Foundation
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156


Al Pacino
c/o Nigro Karlin Segal & Feldstein, LLP
Attn: Richard Feldstein, CPA
810 Seventh Avenue
Suite 1701
New York, NY  10019


Paramuse Artists Associates
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156


Diane Passage
c/o McDermott Will & Emery
Attn: Obiamaka P. Madubuko, Esq.
340 Madison Avenue
New York, NY  10173-1922


PCPI Holdings
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017


Norman Pearlstein
305 West Broadway
Suite 172
New York, NY  10013


Mr. & Mrs. Mark Peeters
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Tom Penn
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Lucas Platt
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Brittany Podell
500 E. 77th Street
#1702
New York, NY  10162-0025

Jonathan Podell
c/o Marks Paneth & Shron, LLP
Attn: Daniel Kesner, CPA
622 Third Avenue
New York, NY  10017

Polaris Arts, Ltd.
c/o Polaris Arts, Ltd.
875 Fifth Avenue
#17A
New York, NY  10065

Port Chester Properties LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Mary Porter
c/o Eisner & Lubin
Attn: Robert Demmett
444 Madison Avenue
11th Floor
New York, NY  10022

Ms. Anne Prager
c/o Peter Lev Business Management LLC
155 East 55th Street

Suite 302A
New York, NY  10022

Rhonda Price
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Primate, Inc.
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

PS Broadway Holdings, Inc.
c/o Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
Attn: Steven M. Hayes, Esq.
112 Madison Avenue
New York, NY  10016

PS Investors
c/o Troutman Sanders
Attn: Brett Goodman
The Chrysler Building
409 Lexington Avenue
New York, NY  10178

Push & Shove
c/o Push & Shove
336 Central Park West
Suite 17A
New York, NY  10025

Rachel L. Mellon  Revocable Trust
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Richard Avedon LLC
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Danton Rissner
1880 Veteran Avenue
Los Angeles, CA  90025

Jimmie Ritchie
c/o Marks Paneth & Shron LLP
Attn: Elisabeth Mignone, CPA
622 Third Avenue
New York, NY  10017

River Productions General Partners LP
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

RLM Investments I LLC
c/o Milbank
Attn: Risa M. Rosenberg
1 Chase Manhattan Plaza
New York, NY  10005

Amy Robbins
c/o Perelson Weiner LLP
Attn: Nydia Lugo
One Dag Hammarskjold Plaza
New York, N.Y.  10017

Daniela Ruah
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Ms. Claudia Stefany Ruck
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Mr. & Mrs. Alan Ruck
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Scott Rudin
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Morley Safer
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

William Salomon
c/o Salomon Brothers
450 Park Avenue,
Ste. 1204
New York, NY  10022

Sarah B Hrdy C Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah B. Hrdy 1972 Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah B. Hrdy 4-22-65 Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah B. Hrdy Trust A
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah B. Hrdy Trust A
c/o Baharestani Ziegler & Ritt
148 Madison Avenue

11th Floor
New York, NY  10016-5537

Sarah B. Hrdy Trust B
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Blaffer Hrdy C Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Campbell Blaffer II 1996 Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Campbell Blaffer II 1997 Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Hrdy Children's Trust  f/b/o Nicholas Hardi Hrdy
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Hrdy Children's Trust f/b/o Camilla Alexandra Hrdy
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Sarah Hrdy Children's Trust f/b/o Catherine Belknap Hrdy
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Saray B. Hrdy Article IV Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

Louisa S. Sarofim
c/o WTAS LLC
Attn: Dan DePaoli, CPA
452 Fifth Avenue
23rd Floor
New York, NY  10018

Harris Savides
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Merdine Savides
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Sawtooth Films
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Ed Saxon
c/o Kirsten Coyne
15511 Earlham Street
Pacific Palisades, CA  0

Eric Schaeffer
127 West 96th Street
Apt. Ph.D
New York, NY  10025

Scheider Productions Inc.
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016

Harvey & Marcia Schiller
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Harvey W. Schiller
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Taylor Schilling
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Bob & Stacy Schmetterer
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Martin Scorsese
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Second Tobin Family LLC
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

George Segal
c/o Bamberger Business Management
Attn: Henry Bamberger
10850 Wilshire Boulevard
Suite 575
Los Angeles, CA  90024

Sonia Segal
c/o Bamburger Business Management

Attn: Henry J. Bamberger
10866 Wilshire Blvd.
Suite 575
Los Angeles, CA  90024

Dan Senor
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Richard Serra & Clara Wyergraf
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Jeff Sheresky
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Stephen Sheresky
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Charles Shyer
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Ben Silverman
c/o Capell Rudolph Business Managament
Attn: Lawrence Rudolph
11601 Wilshire Blvd.
Suite 1840
Los Angeles, CA  90025

Nina Bernstein Simmons
c/o MB Business Management
Attn: Clement Ballas

PO Box 1792
New York, NY  10156

Rudd Simmons
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Carly Simon
Joanne
21731 Ventura Boulevard
Suite 300
Woodland Hills, CA  91364

Neil Simon
c/o Geller Family Office Services LLC
Attn: Marlo Pettigrew
PO Box 1510
New York, NY  10150

Paul Simon
c/o Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
Attn: Steven M. Hayes, Esq.
112 Madison Avenue
New York, NY  10016

Garfield Small
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Valerie Small
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Jacquelyn Soffer
c/o Turnberry Associates
19501 Biscayne Blvd.
Suite 400
Aventura, FL  33180

Standish Forde Medina Trust
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Joan Stanton
c/o Flora Edwards, Esq.
115 Broadway
Suite 1505
New York, NY  10006

Marisa Starr
c/o Del Vecchio & Recine, LLP
Attn: Phyllis Recine, Esq.
1100 Franklin Avenue
Suite 202
Garden City, NY  11530

Dr. Erika Steinberger
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Alfred Stern
175 E. 62nd St.
Apt 16B
New York, NY  10065

Mr. Max Stevens
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Mr. & Mrs. Martin Stevens
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Mary Stone
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA

529 Fifth Avenue
New York, NY  10017

Dr. Peter Stone & Ms. Debra Forte Stone
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Phillip Suarez
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Louis Szekely
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

William F. Taggart
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Donna Tartt
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

TCOR Entertainment, Inc.
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Technical Photo
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

Twyla Tharp
336 Central Park West
Suite 17A
New York, NY  10025

The Bernstein Family Foundation  (f/k/a BETA Fund)
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Carson Brooke  Schiller Trust
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Clara Corp
c/o Crowe & Dunlevy
Attn: Cynda C. Ottaway, Esq.
20 North Broadway
Suite 1800
Oklahoma City, OK  73102

The Erving Group
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

The Estate of Charles Ryskmap c/o Alan Salz, Executor
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Estate of Leonard Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Estate of Richard Avedon
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue

Suite 4601
New York, NY  10118

The Heyday Foundation
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Hrdy 2004 Family Trust
c/o Baharestani Ziegler & Ritt
148 Madison Avenue
11th Floor
New York, NY  10016-5537

The Leonard Bernstein Music Publishing Company LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Leonard Bernstein Office, Inc.  (f/k/a Amberson, Inc.)
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

The Richard Avedon Foundation
c/o James D. Miller & Associates
Attn: Erik J. Hanson, CPA
350 Fifth Avenue
Suite 4601
New York, NY  10118

The Tobin Foundation
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Evan Thomas
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Francisca Thomas
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Marlo Thomas
c/o Wasserman Grossman & Sloan
Attn: Howard Grossman
10990 Wilshire Blvd
8th floor
Los Angeles, CA  90024

Lea Kathleen Thompson
c/o Affiliated Financial Service
Attn: Tom Reed
23622 Calabasas Road
Suite 101
Calabasas, CA  91302

Uma Thurman
c/o Nigro Karlin Segal & Feldstein, LLP
Attn: John Leffel
810 Seventh Avenue
Suite 1701
New York, NY  10019

Alexis D. Tobin
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Ian M. Tobin
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Joan F. Tobin
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Maurice B. Tobin
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Tobin Enterprises, Inc.
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

James Travis
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Trust FBO Joan F. Tobin under Art. 7 of Will of Dorette K. Fleischmann, Deceased
c/o Neopolitan Enterprises
255 13th Avenue South
Suite 202
Naples, FL  34102

Trust under Article VI F/B/O Alexander Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Trust under Article VI F/B/O Alexander Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Trust under Article VI F/B/O Jamie Bernstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Trust under Article VI F/B/O Nina Bernstein
c/o MB Business Management
Attn: Clement Ballas

PO Box 1792
New York, NY  10156

Stanley Tucci
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Robin Tunney
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Mrs. Jean Paige Turco
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Valley Oak Corporation
c/o Cravath, Swaine & Moore LLP
Attn: Stephen S. Madsen, Esq.
Worldwide Plaza 825
Eighth Avenue
New York, NY  10019

Valley Oak LP
c/o Cravath, Swaine & Moore LLP
Attn: Stephen S. Madsen, Esq.
Worldwide Plaza 825
Eighth Avenue
New York, NY  10019

Gus Van Sant Jr.
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Sander Vanocur
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Verified Identity Card Inc.
c/o WTAS LLC
Attn: Dan DePaoli, CPA
452 Fifth Avenue
23rd Floor
New York, NY  10018

David Vigliano
c/o ML Management
Attn: Christine Murphy
250 West 57th Street
26th Floor, Penthouse
New York, NY  10107

Jean George Vongerichten
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Linda Wachner
c/o MLGW, LLP
Attn: Lester Weingarten, CPA Partner
462 Seventh Avenue
22nd Floor
New York, NY  10018

Bart & Susan Walker
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Mike Wallace
730 Park Avenue
New York, NY  10021

Barbara Walters
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

Katalina Warton
c/o Simpson, Thacher & Bartlett

Attn: Richard I. Beattie, Esq.
425 Lexington Avenue
New York, NY  10017

Watt Dobie Productions LLC
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Alexander Weinstein
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Harvey Weinstein
c/o Speilman Koenigsberg & Parkers, LLP, CPAs
Attn: Richard Koenigsberg
888 Seventh Avenue
New York, NY  10106

A. Max Weitzenhoffer
c/o Crowe & Dunlevy
Attn: Cynda C. Ottaway, Esq.
20 North Broadway
Suite 1800
Oklahoma City, OK  73102

David L. Westin
107 Dellwood Road
Bronxville, NY  10708

Jessica Wexler
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Caroline Wiatt
c/o Gelfand, Rennert & Feldman LLP
Attn: Cary MacMiller, Esq.
1880 Century Park East
Suite 1600
Los Angeles, CA  90067

Mr. & Mrs. Raymond Wilson
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Debra Winger
c/o Citrin Cooperman & Company, LLP
Attn: Sanford Miller, CPA
529 Fifth Avenue
New York, NY  10017

WMA Associates
c/o Crowe & Dunlevy
Attn: Cynda C. Ottaway, Esq.
20 North Broadway
Suite 1800
Oklahoma City, OK  73102

George Wolfe
c/o Spielman Koenigsberg & Parker, LLP
Attn: Richard Koenigsberg, CPA
888 Seventh Avenue
New York, NY  10106

Mr. & Mrs. Richard Wolff
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022

Arthur Wren
c/o MB Business Management
Attn: Clement Ballas
PO Box 1792
New York, NY  10156

Mr. & Mrs. Jeffrey Zucker
c/o Peter Lev Business Management LLC
155 East 55th Street
Suite 302A
New York, NY  10022